UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SHAFIYQ JONES,                                                          :
:
                              Plaintiff,                                :
:                        22-CV-3924 (JMF)
                -v-                                                     :
:                             ORDER
THE CITY OF NEW YORK et al.,                                            :
:
                              Defendants.                               :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On July 20, 2023, the Court entered an Order granting Defendants' motion to dismiss but reserving judgment on whether to grant Plaintiff leave to file an amended complaint with respect to one claim. *See* ECF No. 41. The Court gave Plaintiff until July 31, 2023, to file a supplemental memorandum of law identifying with specificity the facts that he could and would add to an amended pleading and warned that "[f]ailure to file such a supplemental submission by the deadline will result in denial of leave to amend without further notice." *Id.* at 3. Plaintiff did not file anything by the July 31, 2023 deadline. Accordingly, the Court denies Plaintiff leave to amend.

**The Clerk of Court is directed to close the case.** The Court reserves judgment on whether to impose sanctions on Plaintiff's counsel. *See id.* at 1-2.

SO ORDERED.

Dated: August 1, 2023                                  _____
       New York, New York                                      JESSE M. FURMAN
                                                              United States District Judge